```
                                                FILED
                                              08 OCT 10 PM 2: 34
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF           CV 08 80201 MISC VRW

Carolyn Jean Shields - #169911

_____/

### ORDER TO SHOW CAUSE

It appearing that Carolyn Jean Shields has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that she may not practice law while so enrolled effective July 1, 2008,

**IT IS ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Carolyn Jean Shields
Attorney At Law
Liu & Shields LLP
13665 37th Avenue, Suite 212
Flushing, NY 11354