**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Carolyn Jean Shields,

No 169911

No CV-08-80201 MISC VRW

ORDER

On October 1018, 2008, the court issued an order to show cause (OSC) why Carolyn Jean Shields should not be removed from the roll of attorneys authorized to practice law before this court based on her administrative enrollment, effective July 1, 2008, as an inactive member of the State Bar for failure to pay Bar member fees and for noncompliance with MCLE requirements.

In response to the OSC Ms Shields advised the court that she is in the process of complying with California State Bar requirements. In the interim, Ms Shields has been granted permission to appear *pro hac vice* in a matter currently pending in this court, 08-cv-3250 WHA.

The court now orders Carolyn Jean Shields removed from the roll of attorneys authorized to practice before this court until such time as she provides proof that she has been reinstated to active status by the State Bar of California. She may continue to appear *pro hac vice* in matter 08-cv-3250 WHA only.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Carolyn Jean Shields,

_____/

Case Number: C 08-80201   MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Jean Shields
Liu and Shields LLP
13665 37th Avenue, Ste 212
Flushing, NY 11354

November 24, 2008

Richard W. Wieking, Clerk
By: *Cora Klein*
Deputy Clerk